

# United States District Court
### Central District of California
## Office of the Clerk

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

July 21, 2022

**To**:  Clerk, United States District Court
 Eastern District of New York
 225 Cadman Plaza East, Room 118S
 Brooklyn, NY 11201–1818

**Re**:  Transfer of our Civil Case No. _____2:22–cv–00596 RGK (AFMx)_____
 Case Title: _____Therabody, Inc v. Aduro Products LLC et al_____
 _ MDL _____ In Re: _____
 _ Capital Habeas Corpus Petition

Dear Sir/Madam:

**An order having been made  _X_  transferring  ___  remanding the above-listed case to your district, we are transmitting herewith our file:**

__  Original case file documents are enclosed in paper format.
__  Electronic documents are accessible through PACER.
_X_  Other: _Minute Order, Civil Docket Sheet are enclosed in paper format_

Very truly yours,

Clerk, U.S. District Court

Date: _July 21, 2022_                     By: _/s/ Jenny Lam_
                                          Deputy Clerk

*cc: All counsel of record*
 *(and, if a Capital Habeas Corpus case: the California Attorney General)*

## TO BE COMPLETED BY RECEIVING DISTRICT

**Please acknowledge receipt via e-mail to the address indicated below and provide the case number assigned in your district:**

 _X_  CivilIntakecourtdocs-LA@cacd.uscourts.gov   (Los Angeles Office)
 __   CivilIntakecourtdocs-RS@cacd.uscourts.gov   (Riverside Office)
 __   CivilIntakecourtdocs-SA@cacd.uscourts.gov   (Santa Ana Office)

Case Number: _____

Clerk, U.S. District Court

Date: _____         By: _____
                                       Deputy Clerk