JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERABODY, INC. (a Delaware Corporation),<br><br>　　　　Plaintiff,<br><br>v.<br><br>ADURO PRODUCTS LLC (a New York limited liability company), and DOES 1 through 10 inclusive<br><br>　　　　Defendant. | CASE NO.: 2:22-cv-00596-RGK-AFM<br><br>**ORDER ON JOINT STIPULATION OF VOLUNTARY DISMISSAL** |

　　　　The Court, having considered the Stipulation to Dismiss, is of the opinion that the request for dismissal should be granted.

　　　　IT IS THEREFORE ORDERED that all claims for relief asserted against Defendant Aduro Products LLC and all counterclaims for relief asserted against Plaintiff Therabody, Inc. herein are dismissed, with prejudice;

　　　　IT IS FURTHER ORDERED that all costs, expenses and attorneys' fees shall be borne by each party incurring the same; and

THIS COURT hereby retains jurisdiction to enforce the terms of the settlement agreement between the parties.

IT IS SO ORDERED.

DATED: December 15, 2022

---

HON. R. GARY KLAUSNER
U.S. DISTRICT JUDGE